1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8   RONALD F. MARTINEZ,                    CASE NO. 1:11-CV-00293-LJO-DLB PC

9                    Plaintiff,            ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS AND DISMISSING
10          v.                             CERTAIN CLAIMS AND DEFENDANTS

11   KATHLEEN ALLISON, et al.,             (DOC. 10)

12                    Defendants.

13   _____/

14

15          Plaintiff Ronald F. Martinez ("Plaintiff") is a California state prisoner proceeding pro se in

16   this civil rights action pursuant to 42 U.S.C. § 1983.  On September 30, 2011, Plaintiff filed his first

17   amended complaint.  Doc. 9.  The matter was referred to a United States Magistrate Judge pursuant

18   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On January 11, 2012, the Magistrate Judge filed a Findings and Recommendations which was

20   served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and

21   Recommendations was to be filed within twenty-one days.  Doc. 10.  Plaintiff filed an Objection to

22   the Findings and Recommendations on January 26, 2012.  Doc. 11.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de*

24   *novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

25   Recommendations to be supported by the record and by proper analysis.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.      The Findings and Recommendations, filed January 11, 2012, is adopted in full;

28          2.      This action proceed against 1) Defendants Vasquez, T. Wan, C. Moreno, R. Tolsen,

B. Peterson, Clark, Allison, R. Diaz, S. Sherman, and Does 1 through 10 for deliberate indifference in violation of the Eighth Amendment for deprivation of exercise and 2) Vasquez, Moreno, Tolsen, Peterson, Clark, Allison, Diaz, Sherman, A. Hernandez, Gomez, and Does 1 through 10 for violation of the Equal Protection Clause of the Fourteenth Amendment; and

3. Defendants O. Ybarra, M. Bejerano, D. Goss, Cate, Kernan, McDonald, Artis, and Foston are dismissed from this action for failure to state a claim.

IT IS SO ORDERED.

**Dated:   February 13, 2012**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE