IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD R. MARTINEZ, | 1:11-cv-00293-LJO-DLB-(PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| KATHLEEN ALLISON, et al., | (Motion #20) |
| Defendants. | DEADLINE:  JUNE 26, 2012 |
| _____/ | |

        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 13, 2012,  Defendants filed a motion to extend time to file their responsive pleading.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

        Defendants' response to Plaintiff's First Amended Complaint  is now due on or before June 26, 2012.

        IT IS SO ORDERED.

        **Dated:   June 19, 2012**                    _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE