**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 1:11-cv-00293-LJO-DLB PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW FILED MOTION AND DENYING MOTION FOR CLERK OF THE COURT TO COPY AND SERVE MOTIONS**<br><br>ECF Nos. 28, 29, 30 |

Plaintiff Ronald F. Martinez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against 1) Defendants Vasquez, T. Wan, C. Moreno, R. Tolsen, B. Peterson, Clark, Allison, R. Diaz, S. Sherman, and Does 1 through 10 for deliberate indifference in violation of the Eighth Amendment for deprivation of exercise and 2) Vasquez, Moreno, Tolsen, Peterson, Clark, Allison, Diaz, Sherman, A. Hernandez, Gomez, and Does 1 through 10 for violation of the Equal Protection Clause of the Fourteenth Amendment.

On October 18, 2012, Plaintiff filed a motion requesting that the Clerk of the Court make copies of Plaintiff's motions and serve Defendants, and a motion to compel responses from Defendants. ECF Nos. 28, 29. On October 22, 2012, Plaintiff filed a motion to withdraw the motion to compel. ECF No. 30. Plaintiff again requests that the October 22, 2012 motion be copied and that Plaintiff receive a copy of the motion.

1

Plaintiff's motion to withdraw his motion will be granted. Plaintiff's motion requesting copies is denied. The Court does not generally assist either party in the litigation of the action by making and serving copies of motions. *See* First Informational Order ¶ 3 ("The court cannot provide copies or mailing service for a party"), ECF No. 3.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to withdraw his previously filed motion, filed October 22, 2012, is granted;

2. Plaintiff's motion to compel, filed October 18, 2012, is deemed withdrawn; and

3. Plaintiff's motion for copies and service of motions, filed October 18, 2012, is denied.

IT IS SO ORDERED.

Dated: **November 26, 2012**        /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE