# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00293-AWI-DLB PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION**<br><br>ECF No. 38 |

On December 14, 2012, Plaintiff filed a motion requesting that the Court order Salinas Valley State Prison, where Plaintiff is currently incarcerated, to return his documents. On December 28, 2012, Plaintiff filed a motion to withdraw his previously filed motion because officials had returned his documents. Accordingly, it is HEREBY ORDERED that Plaintiff's motion is granted. Plaintiff's previous motion, filed December 14, 2012, is withdrawn.[1]

IT IS SO ORDERED.

　　Dated: **January 3, 2013**　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised to avoid filing motions with the Court that are subsequently withdrawn. This is the second such motion filed by Plaintiff to withdraw a motion. Filing of motions only to later withdraw will result in unnecessary delay in court proceedings.

1