# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>KATHLEEN ALLISON, et al.,<br><br>            Defendants. | Case No. 1:11-cv-00293-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE AS PREMATURE**<br><br>ECF No. 45 |

Plaintiff Ronald F. Martinez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against 1) Defendants Vasquez, T. Wan, C. Moreno, R. Tolsen, B. Peterson, Clark, Allison, R. Diaz, S. Sherman, and Does 1 through 10 for deliberate indifference in violation of the Eighth Amendment for deprivation of exercise and 2) Vasquez, Moreno, Tolsen, Peterson, Clark, Allison, Diaz, Sherman, A. Hernandez, Gomez, and Does 1 through 10 for violation of the Equal Protection Clause of the Fourteenth Amendment.

On February 4, 2013, Plaintiff filed a motion in limine. ECF No. 45. On February 19, 2013, Defendants filed their opposition. ECF No. 48. Defendants contend that Plaintiff's motion is premature, as this action has not been set for trial. On March 15, 2013, Plaintiff filed his reply. ECF No. 50. Plaintiff concedes that his motion in limine in premature.

1     Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion in limine, filed
2 February 4, 2013, is denied as premature.

IT IS SO ORDERED.

    Dated:   **March 22, 2013**            /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE