# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-00293-LJO-DLB PC<br><br>ORDER DISMISSING DEFENDANT RICARDO GOMEZ FROM ACTION PURSUANT TO STATEMENT NOTING DEATH<br><br>ECF No. 27 |

Plaintiff Ronald F. Martinez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On October 1, 2012, Defendants filed a statement noting the death of Defendant Ricardo Gomez. ECF No. 27. In light of the suggestion in the record of Defendant Gomez's death, the Court will dismiss Defendant Gomez from this action. Fed. R. Civ. P. 25(a).

Accordingly, it is HEREBY ORDERED that Defendant Ricardo Gomez is dismissed from this action.

IT IS SO ORDERED.

Dated:　**March 25, 2013**　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE