1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD F. MARTINEZ,                    Case No. 1:11-cv-00293 LJO DLB PC

12            Plaintiff,                    ORDER GRANTING DEFENDANTS'
                                            MOTIONS TO MODIFY THE DISCOVERY
13       v.                                 AND SCHEDULING ORDER
                                            (Documents 55, 59 and 60)
14   ALLISON, et al.,
                                            **Dispositive Motion Deadline: July 15, 2013**
15            Defendants.

16

17        Plaintiff Ronald Martinez ("Plaintiff") is a California state prisoner proceeding pro se and in

18   forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding against

19   (1) Defendants Vasquez, T. Wan, C. Moreno, R. Tolsen, B. Peterson, Clark, Allison, R. Diaz, S.

20   Sherman, and Does 1 through 10 for deliberate indifference in violation of the Eighth Amendment

21   for deprivation of exercise; and (2) Defendants Vasquez, Moreno, Tolsen, Peterson, Clark, Allison,

22   Diaz, Sherman, A. Hernandez, Gomez, and Does 1 through 10 for violation of the Equal Protection

23   Clause of the Fourteenth Amendment.

24        On June 27, 2012, the Court issued a Discovery and Scheduling Order which set the

25   dispositive motion deadline as May 6, 2013.

26        On May 1, 2013, Defendants filed a Motion to Modify the Scheduling Order and extend the

27   date by which dispositive motions can be filed.  After not receiving a ruling from the Court,

28   Defendants filed a second motion on June 4, 2013, and a third on July 2, 2013.  Although the time

1   for an opposition on the third motion has not yet run, Plaintiff did not file an opposition to either the

2   first or second motion.  Defendants currently request a dispositive motion deadline of July 15, 2013.

3   **DISCUSSION**

4         Modification of the pretrial scheduling order requires a showing of good cause.  Fed. R. Civ.

5   P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of

6   the party seeking the extension.'"  Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087

7   (9th Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992)).

8   "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to

9   modify should not be granted."  Id.

10         Here, Defendants request an extension of the dispositive motion deadline for numerous

11   reasons, including an extensive workload for Defendants' counsel that has led to an inability to

12   complete a motion for summary judgment by the May 6, 2013, deadline.  Delgado Decl. ¶ 6, June 4,

13   2013, ECF No. 58-1.  The July 2, 2013, motion further indicates that counsel has prepared ten

14   declarations in support of the motion for summary judgment which are out for signature and review.

15   Counsel also explains that it has become necessary that certain exhibits be redacted, which required

16   the filing of a motion on July 1, 2013.  Delgado Decl. ¶ 5, July 2, 2013, ECF No. 60-1.

17         Defendants have demonstrated that they have been diligent in attempting to meet the

18   deadline, as well as in attempting to extend the deadline.  Moreover, Plaintiff has not opposed two of

19   the three motions and it does not appear that he would be prejudiced as a result of an extension.

20         Accordingly, Defendants' motions are GRANTED and the dispositive motion deadline is

21   extended to **July 15, 2013.**

22

23

24

25

26   IT IS SO ORDERED.

27       Dated:   __July 3, 2013__                          _____ /s/ *Dennis L. Beck*

28                                                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28