# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ, | Case No. 1:11-cv-00293-LJO-DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR DEPOSITION |
| v. | (ECF No. 66) |
| K. ALLISON, et al., | |
| Defendants. | |

Plaintiff Ronald F. Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 18, 2011. Plaintiff requests that the court order defendants to send him a copy of the deposition transcript. (ECF No. 66.)

Federal Rule of Civil Procedure 30(f)(3) provides that, "the officer must retain the stenographic notes of a deposition taken stenographically or a copy of the recording of a deposition taken by another method. When paid reasonable charges, the officer must furnish a copy of the transcript or recording to any party or the deponent."

Although plaintiff was granted leave to proceed in forma pauperis in this case, it is well established that "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress.'" *Tedder v. Odel*, 890 F.2d 210, 211 (9th Cir. 1989) (quoting *United States v. MacCollom*, 426 U.S. 317, 321 (1976)). The expenditure of public funds for deposition transcripts is not authorized by the in forma pauperis statute or any other statute. *See* 28 U.S.C. § 1915. Plaintiff's request for a copy of the deposition transcript free of charge is therefore

denied.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a deposition, filed on July 24, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   **March 14, 2014**                    /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE