# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ, | Case No. 1:11-cv-00293 LJO DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT |
| v. | [ECF Nos. 82, 90] |
| K. ALLISON, et al., | |
| Defendants. | |

Plaintiff Ronald F. Martinez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On August 11, 2014, the Court issued an order granting Defendants' motion for summary judgment and dismissal of the action. Judgment was entered on the same date and the case was terminated.

Previously, on February 13, 2014, Plaintiff had filed a motion for leave to file an addendum to his request for judicial notice. Plaintiff requested that the Court take judicial notice of a motion for preliminary injunction filed in another Eastern District case: Mitchell v. Felker, Case No. 2:08-CV-1196-TLN-EFP-PC, ECF No. 156. On April 22, 2014, Plaintiff filed a motion requesting a ruling on his motion for leave to file an addendum.

Insofar as the case has been terminated, Plaintiff's motions are now moot. Moreover, judicial notice was not warranted. The Court may take judicial "notice of proceedings in other

1

1 courts, both within and without the federal system, if those proceedings have a direct relation to matters at issue." Bias v. Moynihan, 508 F.3d 1212, 1225 (9th Cir. 2007) (internal quotation marks and citation omitted). Plaintiff requested judicial notice of a motion for preliminary injunction in a class action suit that sought to enjoin the California Department of Corrections and Rehabilitation from imposing lockdowns on entire racial or ethnic groups pursuant to statewide policy and practice. Here, however, Plaintiff argued that the lockdown imposed on June 22, 2009, was race-based in violation of the Fourteenth Amendment. The Court determined that the initial lockdown was not race-based, and that the race-based security measures imposed in this instance were narrowly tailored and implemented to resolve the compelling interest of restoring prison security and discipline. Since the motion for injunctive relief concerned statewide policy for imposing lockdowns, and this case was limited to the specific lockdown of June 22, 2009, at Plaintiff's institution, the motion for preliminary injunction had no direct relation to matters at issue in this case.

Accordingly, Plaintiff's motion for leave to file an addendum to his request for judicial notice and his motion requesting a ruling are DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **August 25, 2014**                              /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE