1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | RONALD MARTINEZ,

Case No. 1:11-cv-00293 LJO DLB PC

12 |      Plaintiff,

ORDER DENYING DEFENDANTS'
MOTION FOR CONSOLIDATION
AND STAY PENDING APPEAL

13 |   v.

14 | ALLISON, et al.,

(Document 105)

15 |      Defendants.

16

17       Plaintiff Ronald Martinez ("Plaintiff") is a prisoner in the custody of the California

18 Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis

19 in this civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2014, the Court granted

20 Defendants' motion for summary judgment and entered judgment. Plaintiff's appeal is now pending

21 before the Ninth Circuit Court of Appeals.

22       On April 12, 2016, Defendants filed a motion to consolidate this action with two others

23 pending before this Court.[1]

24       At least as the matter pertains to the instant action, Plaintiff's notice of appeal divested this

25 Court of jurisdiction to rule on the matter. *Pyrodyne Corp. v. Pyrotronics Corp.*, 847 F.2d 1398,

26 1403 (9th Cir. 1988).

27 ///

28

---

[1] The motion was also filed in the two other cases: *Arline v. Clark, et al.*, 1:11-cv-00420 LJO SAB, and *Lopez v. Allison, et al.*, 1:13-cv-02010 AWI JLT.

1      Accordingly, Defendants' motion is DENIED WITHOUT PREJUDICE.

2

IT IS SO ORDERED.

3

4    Dated:   **April 19, 2016**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28