

FILED

JUL 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD F. MARTINEZ, <br><br>　　　　Plaintiff-Appellant, <br><br>　v. <br><br>KATHLEEN ALLISON, Warden, Warden Acting at California Substance Abuse Treatment Facility (CSATF); et al., <br><br>　　　　Defendants-Appellees. | No.　14-16880 <br><br> D.C. No. <br> 1:11-cv-00293-LJO-DLB <br> Eastern District of California, Fresno <br><br> ORDER |

Before: GRABER and HURWITZ, Circuit Judges, and BOULWARE,[*] District Judge.

　　Appellant's pro se motion for enforcement of settlement agreement and release, Dkt. 77, is DENIED.  Because the mandate issued on December 9, 2016, no further filings will be entertained in this case.  See Fed. R. App. P. 41.

---

　　　[*]　　The Honorable Richard F. Boulware, United States District Judge for the District of Nevada, sitting by designation.